No. 381. SULLIVAN *v.* NEW YORK. October 16, 1944. Petition for writ of certiorari to the Court of Special Ses-

sions, County of New York, New York, denied. *Mr. Louis Halle* for petitioner. *Mr. Bernard L. Alderman* for respondent.